UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TRUSTEES OF THE CONNECTICUT LABORERS' HEALTH FUND; TRUSTEES OF THE CONNECTICUT LABORERS' PENSION FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' TRAINING TRUST FUND; TRUSTEES OF THE CONNECTICUT LABORERS' LEGAL SERVICES FUND; TRUSTEES OF THE CONNECTICUT LABORERS' ANNUITY FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' LABOR-MANAGEMENT TRUST FUND; TRUSTEES OF THE NEW ENGLAND LABORERS' HEALTH AND SAFETY FUND; CONNECTICUT LABORERS DISTRICT COUNCIL | CIVIL ACTION NO.: |
| **Plaintiffs** | |
| VS. | OCTOBER 7, 2016 |
| CONNECTICUT STONE ERECTORS, INCORPORATED | |
| **Defendant** | |

## COMPLAINT

## PARTIES

1.     Plaintiffs Trustees of the Connecticut Laborers' Health Fund, Pension Fund, Legal Services Fund, Annuity Fund, New England Laborers Training Trust Fund, New England Laborers' Labor-Management Trust Fund, and the New England Laborers' Health and Safety Fund are Trustees of a multi-employer employee benefit plan as those terms are defined in Sections 3(3) and 3(37) of the Employee Retirement

Income Security Act of 1974, (hereinafter referred to as "ERISA," 29 U.S.C. Sections 1002(3) and (37)).   The Funds are established and maintained by a Restated Agreement and Declaration of Trust and by a Collective Bargaining Agreement between the Connecticut Laborers District Council (hereinafter referred to as "the Union") and Defendant Connecticut Stone Erectors, Incorporated (hereinafter referred to as "Connecticut Stone").   The Funds are administered at 435 Captain Thomas Boulevard, West Haven, Connecticut  06516.

      2.      Plaintiff Connecticut Laborers District Council (hereinafter referred to as "the Union" is a labor organization within the meaning of Section 2(5) of the National Labor Relations Act, 29 U.S.C. Section 152(5).

      3.      Defendant Connecticut Stone is a Connecticut contractor with an address located at 18 Airport Park Road, East Granby, CT 06026.   Connecticut Stone transacted business in the State of Connecticut as a contractor or subcontractor in the construction industry and at all times herein was an "employer in an industry affecting commerce" as defined in Sections 501(1), (3), and 2(2) of the Labor-Management Relations Act ("LMRA"), 29 U.S.C. Sections 142(1), (3), and 152(2); Sections 3(5), (9), (11), (12) and (14) of ERISA, 29 U.S.C. Sections 1002(5), (9), (11), (12) and (14); and Section 3 of the Multi-Employer Pension Plan Amendments Act of 1980, 29 U.S.C. Section 1001(a).

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE · 333 EAST RIVER DRIVE · SUITE 101 · EAST HARTFORD, CT  06108 · (860) 290-9610 · FAX (860) 290-9611 · JURIS NO. 405719

## **JURISDICTION**

4.     This Court has jurisdiction of this action under Sections 502 and 515 of ERISA, 29 U.S.C. Sections 1132 and 1145, and under Section 301 of the LMRA, 29 U.S.C. Section 185(a).   This is an action for breach of a Collective Bargaining Agreement between an employer and a labor organization representing employees in an industry affecting commerce, and an action to collect contributions due to an employee benefit plan under the terms of the Collective Bargaining Agreement.

5.     Connecticut Stone entered into a Collective Bargaining Agreement with the Laborers' International Union of North America establishing the terms and conditions of employment for laborers employed by Connecticut Stone.

6.     Pursuant to the Collective Bargaining Agreement, Connecticut Stone is required to pay to the Funds certain sums of money for each hour worked by employees of Connecticut Stone covered by the Collective Bargaining Agreement.

7.     Pursuant to said Collective Bargaining Agreement, Connecticut Stone agreed to be bound to and comply with the terms and conditions of each Trust Agreement and all policies adopted by the Trustees.

8.     The Funds' Audit, Collection and Delinquency Policy authorizes audits of signatory employers to ensure they have properly complied with the Collective Bargaining Agreement and the relevant Trust Agreements.

9.     The auditor for the Connecticut Laborers' Funds conducted a payroll audit of Connecticut Stone for the time period of January 2013 through July 2015.

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE · 333 EAST RIVER DRIVE · SUITE 101 · EAST HARTFORD, CT  06108 · (860) 290-9610 · FAX (860) 290-9611 · JURIS NO. 405719

10.     The audit disclosed contributions in the amount of *$2,405.30* and audit costs of *$1,176.93* totaling *$3,582.23.*

11.     Connecticut Stone has failed to pay the contributions disclosed in the audit and audit costs in the amount of *$3,582.23*.

12.     Pursuant to 29 U.S.C. 1132(g)(2), the Defendant, Connecticut Stone, is liable to the Plaintiffs for the unpaid contributions, interest on the unpaid contributions, an amount equal to the greater of (a) interest on the unpaid contributions, or (b) liquidated damages provided for in the Plan, reasonable attorney's fees, costs of this action, and such other legal and equitable relief as the Court deems appropriate.

**WHEREFORE, Plaintiff Funds pray for judgment as follows:**

A.     In the amount of *$3,582.23* for payment of the audit, liquidated damages provided by the Plan, interest in the amount of twelve percent (12%) per annum, pursuant to the Trust Agreements, on the amount due from the date of the delinquency until the date of payments, costs and reasonable attorney's fees, pursuant to 29 U.S.C. Section 1132(g)(2) and 28 U.S.C. Section 1961.

B.     Ordering Connecticut Stone Erectors submit monthly reports for any unpaid contributions that become due during the pendency of the Complaint until the issuance of a judgment.

C.     That Defendant Connecticut Stone Erectors, Incorporated submit payments for contributions discovered as due, through their monthly reporting or otherwise, during the pendency of the Complaint until the issuance of a Judgment.

D.     Ordering Defendant Connecticut Stone Erectors, Incorporated to make payment to the respective Plaintiffs for the unpaid contributions, an amount equal to the greater of (1) interest on the unpaid contributions, or (2) liquidated damages provided for in the Plan, reasonable attorney's fees, and costs of this action, pursuant to 29 U.S.C. Section 1132(g).

4

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**

COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719

E.      For such further relief as the Court may deem appropriate.

**DATED** at East Hartford, Connecticut, this 7th day of October 2016.

                                Respectfully submitted,

                    By:     /s/ Brendan L. Hughes
                            Brendan L. Hughes, Esq.
                            ROBERT M. CHEVERIE &
                            ASSOCIATES, P.C.
                            333 East River Drive, Suite 101
                            East Hartford, CT  06108
                            Fed Bar # ct29675
                            Tele: (860) 290-9610
                            Fax: (860) 290-9611
                            E-mail: bhughes@cheverielaw.com

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE · 333 EAST RIVER DRIVE · SUITE 101 · EAST HARTFORD, CT  06108 · (860) 290-9610 · FAX (860) 290-9611 · JURIS NO. 405719

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Complaint has been served by certified mail, as required by Section 502(h) of the Employee Retirement Income Security Act of 1974, 29 U.S.C. Section 1132(h), this 7th day of October 2016, on the following:

Secretary of the Treasury
INTERNAL REVENUE SERVICE
31 Hopkins Plaza, Suite B2
Baltimore, MD 21201
**Attn:  Employee Plans**

Secretary of Labor
200 Constitution Avenue, N.W.
Washington, D.C.  20210
**Attn:  Assistant Solicitor for Plan
       Benefits Security**

By:    /s/ Brendan L. Hughes
       Brendan L. Hughes, Esq.
       ROBERT M. CHEVERIE &
       ASSOCIATES, P.C.
       333 East River Drive, Suite 101
       East Hartford, CT  06108
       Fed Bar # ct29675
       Tele: (860) 290-9610
       Fax: (860) 290-9611
       E-mail: bhughes@cheverielaw.com

**ROBERT M. CHEVERIE & ASSOCIATES, P.C.**
COMMERCE CENTER ONE • 333 EAST RIVER DRIVE • SUITE 101 • EAST HARTFORD, CT  06108 • (860) 290-9610 • FAX (860) 290-9611 • JURIS NO. 405719